UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINQ MUSIC GROUP, LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CREATE MUSIC GROUP, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:22-CV-07505-JLS (MARx)<br><br>**FINAL JUDGMENT IN FAVOR OF DEFENDANT** |

1  Pursuant to the Court's prior **ORDER GRANTING DEFENDANT'S
2  MOTION TO DISMISS** (Doc. 18) issued on January 31, 2023, final judgment is
3  hereby entered in favor of Defendant Create Music Group on the entirety of the case
4  and each of Plaintiff Cinq Music Group's California state causes of action for: (a)
5  intentional interference with contractual relations; (b) intentional interference with
6  prospective economic relations; and (c) negligent interference with prospective
7  economic relations.  It is hereby adjudged that Plaintiff's case is **DISMISSED** with
8  **PREJUDICE** in its entirety.

DATED: February 16, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE