# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINQ MUSIC GROUP, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CREATE MUSIC GROUP, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:22-CV-07505-JLS-MAR<br><br>**AMENDED FINAL JUDGMENT** |

**AMENDED JUDGMENT**

Pursuant to the Court's prior **ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** (Doc. 18) issued on January 31, 2023, final judgment is entered in favor of Defendant Create Music Group on the entirety of the case and each of Plaintiff Cinq Music Group's California state causes of action for: (a) intentional interference with contractual relations; (b) intentional interference with prospective economic relations; and (c) negligent interference with prospective economic relations. It is hereby adjudged that Plaintiff's case is **DISMISSED** with **PREJUDICE** in its entirety.

Pursuant to the Court's prior **ORDER GRANTING IN PART DEFENDANT'S MOTION FOR ATTORNEY FEES AND COSTS** (Doc. 29) issued on April 26, 2023, Defendant shall be awarded attorneys' fees in the amount of $55,278.13. Defendant shall also be awarded costs in the amount of $638.71 (Doc. 28). Pursuant to the foregoing, Defendant is **HEREBY AWARDED** $55,916.84 in reasonable attorneys' fees and costs.

DATED: May 10, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE